## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIS *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- vs -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | **Civil Action No. 6:04-CV-06098** |
| ALSTON *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- vs -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | **Civil Action No. 07-CV-6512** |

## <u>PLAINTIFFFS' MOTION FOR PROTECTIVE ORDER</u>

**PLEASE TAKE NOTICE** that Plaintiffs respectfully move this Court to grant this motion for a protective order to preclude the dissemination of certain audio and video recordings that were surreptitiously made by individuals purporting to object to the proposed Settlement Agreement in this case. The basis of this motion is that the unauthorized recordings are of communications that are subject to the attorney-client privilege and also violate sound public policy and the Federal Rules of Evidence. The support for this motion is set forth in Plaintiffs' accompanying memorandum of law and accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that this motion shall be returnable before the

Honorable Jonathan W. Feldman, United States Magistrate Judge, United States Courthouse, 100

State Street, Rochester, New York 14614, at a date and time to be set by the Court.

Dated: October 14, 2009

<div style="margin-left: 40%">

Respectfully submitted,

By: /s/ Bruce E. Gerstein 
   BRUCE E. GERSTEIN
   GARWIN GERSTEIN & FISHER, LLP
   1501 Broadway, Suite 1416
   New York, NY 10036
   Tel.: (212) 398-0055
   Fax: (212) 764-6620
   Email: bgerstein@garwingerstein.com

   SHANON J. CARSON
   BERGER & MONTAGUE, P.C.
   1622 Locust Street
   Philadelphia, PA 19103
   Tel.: (215) 875-3000
   Fax: (215 875-4604
   Email: scarson@bm.net

   CLAYBORNE E. CHAVERS
   THE CHAVERS LAW FIRM, P.C.
   1250 Connecticut Ave, N.W.
   Suite 200
   Washington. D.C. 20036
   Tel.: (202) 756-4820
   Fax: (202) 756-1301
   Email: chavlawfirm@gmail.com

</div>

2

JULES L. SMITH
BLITMAN & KING, LLP
The Powers Building
Suite 207
16 West Main Street, Suite 207
Rochester, NY 14614
Tel.: (585) 232-5600
Fax: (585) 232-7738
Email: jlsmith@bklawers.com

***Attorneys for Plaintiffs***